**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE-OPELOUSAS DIVISION**

| | |
|---|---|
| **UNITED STATES FIDELITY &** | **CIVIL ACTION NO. 06-0895** |
| **GUARANTY COMPANY** | |
| | **JUDGE DOHERTY** |
| **VS.** | |
| | **MAGISTRATE JUDGE METHVIN** |
| **E. L. HABETZ BUILDERS, INC., ET AL** | |

*RULING ON MOTION TO COMPEL DISCOVERY*
*(Rec. Doc. 56)*

Before the court is the motion to compel discovery responses and request for extension of time filed on January 17, 2008 by third-party defendants William L. Melancon and Melancon & Associates, LLC.[1]   Movers seek responses to interrogatories and requests for production of documents propounded June 4, 2007, on defendants/third-party plaintiffs E. L. Habetz Builders, Inc., Edmund L. Habetz and Cheryl A. Habetz.

As of this date, no opposition has been filed, and the deadline for the filing of an opposition has expired.[2]

Movers also seek an extension of the January 24, 2008, discovery deadline.[3]   Counsel for movers assured my law clerk that an extension of the discovery deadline will not affect the trial date or any of the remaining deadlines, particularly the deadline for the filing of dispositive motions.

Considering the foregoing, and after conferring with the chambers of Judge Doherty,

---

[1] Rec. Doc.56.

[2] Local Rule 7.5W requires that written opposition to a motion be filed within fifteen (15) days after service of the motion.

[3] Counsel for movers advised my law clerk that their previous request for an extension of the dispositive motion cut-off deadline is no longer an issue, as their motion for summary judgment has been filed.

2

**IT IS ORDERED** that the discovery deadline set for January 24, 2008 is **UPSET** and reset for **March 10, 2008.**

**IT IS FURTHER ORDERED** that the motion to compel is **GRANTED** and the hearing on the motion set for February 27, 2008 is **CANCELLED**.

**IT IS FURTHER ORDERED** that the discovery responses shall be provided to defendants ***within ten days of the date of this order.***

**IT IS FURTHER ORDERED** that respondents shall timely respond to any follow-up discovery requests.

Signed at Lafayette, Louisiana, on February 14, 2008.



_____
Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)